DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GREGORY PICKETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0670

_____

May 17, 2024

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Gregory Pickett, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.